In the Matter of the Claim of FLORENCE J. GREASER, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.—

█

Foster,
P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.